**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>BAUER, DAVID G<br><br>   Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-15079 BL<br><br>JUDGE Bruce W. Black(Joliet) |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:   Will County Court Annex
         57 N. Ottawa St., Room 201
         Joliet, Illinois 60432

   on:   May 15, 2009
   at:   9:15 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $       26,503.16

   b. Disbursements                         $       16,633.00

   c. Net Cash Available for                $        9,870.16
   Distribution

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MICHAEL G. BERLAND (Trustee Expenses) | 0.00 | | $21.20 |
| MICHAEL G. BERLAND (Trustee Fees) | 0.00 | $2,650.32 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $38,666.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 18.62%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | MBNA America Bank NA | $ 10,068.95 | $ 1,874.55 |
| 2 | eCast Settlement Corporation | $ 9,240.99 | $ 1,720.40 |
| 3 | Chase Bank USA, N.A. | $ 12,464.77 | $ 2,320.58 |
| 4 | Chase Bank USA, N.A. | $ 6,892.12 | $ 1,283.11 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for

       compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.     Debtor has been discharged.

11.     The Trustee proposed to abandon the following property at the hearing:

Dated: March 27, 2009        For the Court,

                                        **KENNETH S. GARDNER**
                                        Kenneth S. Gardner
                                        Clerk of the U.S. Bankruptcy Court
                                        219 S. Dearborn Street; 7th Floor
                                        Chicago, IL 60604

Trustee:   MICHAEL G. BERLAND
Address:   1 NORTH LASALLE STREET
             STE 1775
             CHICAGO, IL 60602

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                   Date Rcvd: Mar 27, 2009
Case: 05-15079                 Form ID: pdf002              Total Served: 14

The following entities were served by first class mail on Mar 29, 2009.
db           +David G Bauer,    24326 S Meadowood,    Crete, IL 60417-9653
aty          +Michael B Dedio,    12757 South Western Avenue,    Suite 101,    Blue Island, IL 60406-3813
tr           +Michael G Berland,    1 N LaSalle St, No.1775,    Chicago, IL 60602-4065
9187372      +Bauer David G,    24326 S Meadowood,    Crete, IL 60417-9653
9187374      +Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
9187375      +Chase,    P.O. Box 15651,    Wilmington, DE 19886-5651
9940208      +Chase Bank USA, N.A.,    c/o eCast Settlement Corporation,    assignee of Chase Bank USA NA,
               Pob 35480,    Newark NJ 07193-5480
9187376      +Chase Manhattan Bank USA,    Attention Legal Department,    P.O. Box 15651,
               Wilmington, DE 19886-5651
9187377      +Corporate Collection Services, Inc.,    P.O. Box 22630,    Cleveland, OH 44122-0630
9187378      +Harris Bank Barrington NA,    201 S. Grove Avenue,    Barrington, IL 60010-4441
9187379      +MBNA America Bank NA,    Pob 15168 MS 1423,    Wilmington DE 19850-5168
9187373      +Michael B Dedio,    Attorney At Law,    13037 S Western Avenue,    Blue Island, IL 60406-2418
9187380      +WellS Fargo Financial,    P.O. Box 98798,    Las Vegas, NV 89193-8798
10840347     +eCast Settlement Corporation,    Pob 35480,    Newark NJ 07193-5480

The following entities were served by electronic transmission.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 29, 2009**             **Signature:**   _Joseph Speetjens_