UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DAVID BAUER | ) | No.05 B 15079 |
| Debtor. | ) | Chapter 7 |
| | ) | Honorable BRUCE W. BLACK |
| | ) | (JOLIET) |

NOTICE OF WITHDRAWAL

To:
**Service via electronic process**
United States Trustee's Office
219 South Dearborn Street
Suite 873
Chicago, Illinois  60603

Michael Dedio,
12757 S. Western Avenue,
Blue Island, Illinois 60406

   **PLEASE TAKE NOTICE** that on January 27,2010, I withdrew the Trustee Final Account, which is on the docket as entry 33, so that some coding changes could be made.

CERTIFICATE OF SERVICE

   **THE UNDERSIGNED**, as trustee of record, states and certifies that he caused a true and correct copy of the aforementioned to be served upon the above individuals by electronically serving all parties of record.

/s/Michael G. Berland

Michael G. Berland
1 North LaSalle Street
Suite 1775
Chicago IL 60602
(312) 855-1272