# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: BAUER, DAVID G | § Case No. 05-15079 |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $18,956.00 |
| Total Distribution to Claimants: $7,199.68 | Claims Discharged Without Payment: $43,173.86 |
| Total Expenses of Administration: $11,804.52 | |

3) Total gross receipts of $ 26,504.20  (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 7,500.00  (see **Exhibit 2**), yielded net receipts of $19,004.20 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 11,804.52 | 11,804.52 | 11,804.52 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (fromExhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 49,506.40 | 38,666.83 | 38,666.83 | 7,199.68 |
| **TOTAL DISBURSEMENTS** | $49,506.40 | $50,471.35 | $50,471.35 | $19,004.20 |

4) This case was originally filed under Chapter 7 on April 19, 2005.
. The case was pending for 57 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/26/2010          By: /s/MICHAEL G. BERLAND
                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury action-uscheduled | 1242-000 | 26,500.00 |
| Interest Income | 1270-000 | 4.20 |
| **TOTAL GROSS RECEIPTS** | | **$26,504.20** |

¹The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| David Bauer | Payment of exemptions per court order | 8100-002 | 7,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$7,500.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL SECURED CLAIMS** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (9/1/2009)

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 2,650.32 | 2,650.32 | 2,650.32 |
| MICHAEL G. BERLAND | 2200-000 | N/A | 21.20 | 21.20 | 21.20 |
| Law Office of Michael Dedio | 3210-600 | N/A | 8,833.00 | 8,833.00 | 8,833.00 |
| Law Office Of Michael Dedio | 3220-610 | N/A | 300.00 | 300.00 | 300.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 11,804.52 | 11,804.52 | 11,804.52 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MBNA America Bank NA | 7100-000 | 9,424.48 | 10,068.95 | 10,068.95 | 1,874.82 |
| eCast Settlement Corporation | 7100-000 | 9,240.99 | 9,240.99 | 9,240.99 | 1,720.65 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Chase Bank USA, N.A. | 7100-000 | 12,464.77 | 12,464.77 | 12,464.77 | 1,283.30 |
| Chase Bank USA, N.A. | 7100-000 | 6,669.45 | 6,892.12 | 6,892.12 | 2,320.91 |
| Corporate Collection Services, Inc. | 7100-000 | 163.71 | N/A | N/A | 0.00 |
| Wells Fargo Financial | 7100-000 | 1,231.00 | N/A | N/A | 0.00 |
| (blank name) | 7100-000 | 2,656.00 | N/A | N/A | 0.00 |
| Harris Bank Barrington NA | 7100-000 | 7,656.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 49,506.40 | 38,666.83 | 38,666.83 | 7,199.68 |

UST Form 101-7-TDR (9/1/2009)

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 05-15079  
Case Name: BAUER, DAVID G  
Period Ending: 01/26/10

Trustee: (520196) MICHAEL G. BERLAND  
Filed (f) or Converted (c): 04/19/05 (f)  
§341(a) Meeting Date: 06/02/05  
Claims Bar Date: 11/03/05

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking-Great Lakes Bank | 500.00 | 0.00 | | 0.00 | FA |
| 2 | Household goods-scheduled | 600.00 | 0.00 | | 0.00 | FA |
| 3 | Wearing apparel-scheduled | 200.00 | 0.00 | | 0.00 | FA |
| 4 | IRA-scheduled | 10,000.00 | 0.00 | | 0.00 | FA |
| 5 | 2000 Chevrolet-scheduled | 5,000.00 | 0.00 | | 0.00 | FA |
| 6 | Personal injury action-uscheduled (u) | 0.00 | 26,500.00 | | 26,500.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 4.20 | Unknown |
| 7 | Assets    Totals (Excluding unknown values) | $16,300.00 | $26,500.00 | | $26,504.20 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee just settled the personal injury case.

Initial Projected Date Of Final Report (TFR):    June 30, 2009        Current Projected Date Of Final Report (TFR):    June 30, 2009

Printed: 01/26/2010 03:00 PM    V.11.53

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 05-15079 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | BAUER, DAVID G | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****98-65 - Money Market Account |
| Taxpayer ID #: | 54-6800198 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/26/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/17/08 | {6} | Great Lakes Bank | Settlement of PI case per court order | 1242-000 | 26,500.00 | | 26,500.00 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.72 | | 26,500.72 |
| 12/16/08 | 1001 | Law Office of Michael Dedio | Payment of atttonrey fee per court order | 3210-600 | | 8,833.00 | 17,667.72 |
| 12/16/08 | 1002 | Law Office Of Michael Dedio | Payment of special counsel expenses per court rdrer | 3220-610 | | 300.00 | 17,367.72 |
| 12/16/08 | 1003 | David Bauer | Payment of exemptions per court order | 8100-002 | | 7,500.00 | 9,867.72 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.67 | | 9,869.39 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 9,869.79 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 9,870.16 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 9,870.58 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 9,870.98 |
| 05/18/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.22 | | 9,871.20 |
| 05/18/09 | | To Account #********9866 | Transfer for purpose of final distribution | 9999-000 | | 9,871.20 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 26,504.20 | 26,504.20 | $0.00 |
| Less: Bank Transfers | | 0.00 | 9,871.20 | |
| Subtotal | | 26,504.20 | 16,633.00 | |
| Less: Payments to Debtors | | | 7,500.00 | |
| NET Receipts / Disbursements | | $26,504.20 | $9,133.00 | |

{} Asset reference(s)  Printed: 01/26/2010 03:00 PM  V.11.53

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-15079 | | Trustee: | MICHAEL G. BERLAND (520196) |
| --- | --- | --- | --- | --- |
| Case Name: | BAUER, DAVID G | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****98-66 - Checking Account |
| Taxpayer ID #: | 54-6800198 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 01/26/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 05/18/09 | | From Account #********9865 | Transfer for purpose of final distribution | 9999-000 | 9,871.20 | | 9,871.20 |
| 05/19/09 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $21.20, Trustee Expenses;  Reference: | 2200-000 | | 21.20 | 9,850.00 |
| 05/19/09 | 102 | MICHAEL G. BERLAND | Dividend paid 100.00% on $2,650.32, Trustee Compensation;  Reference: | 2100-000 | | 2,650.32 | 7,199.68 |
| 05/19/09 | 103 | MBNA America Bank NA | Dividend paid 18.61% on $10,068.95; Claim# 1; Filed: $10,068.95; Reference: | 7100-000 | | 1,874.82 | 5,324.86 |
| 05/19/09 | 104 | eCast Settlement Corporation | Dividend paid 18.61% on $9,240.99; Claim# 2; Filed: $9,240.99; Reference: | 7100-000 | | 1,720.65 | 3,604.21 |
| 05/19/09 | 105 | Chase Bank USA, N.A. | Dividend paid 18.61% on $12,464.77; Claim# 3; Filed: $12,464.77; Reference: | 7100-000 | | 2,320.91 | 1,283.30 |
| 05/19/09 | 106 | Chase Bank USA, N.A. | Dividend paid 18.61% on $6,892.12; Claim# 4; Filed: $6,892.12; Reference: | 7100-000 | | 1,283.30 | 0.00 |
| 06/16/09 | | Beckett & Lee | Return of check 105 due to clerical error of bankruptcy clerk-incorrect payee/address | 7100-000 | | -2,320.91 | 2,320.91 |
| 06/16/09 | | Beckett & Lee | Return of check 106 due to clerical error of bankruptcy clerk with incorrect payee/address | 7100-000 | | -1,283.30 | 3,604.21 |
| 07/16/09 | 107 | Chase Bank USA, N.A. | Payment of first and final dividend | 7100-000 | | 1,283.30 | 2,320.91 |
| 07/16/09 | 108 | Chase Bank USA, N.A. | Payment of first and final dividend | 7100-000 | | 2,320.91 | 0.00 |

| | | |
| --- | --- | --- |
| ACCOUNT TOTALS | 9,871.20 | 9,871.20 | $0.00 |
| Less: Bank Transfers | 9,871.20 | 0.00 | |
| Subtotal | 0.00 | 9,871.20 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $9,871.20 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # ***-*****98-65 | 26,504.20 | 9,133.00 | 0.00 |
| Checking # ***-*****98-66 | 0.00 | 9,871.20 | 0.00 |
| | $26,504.20 | $19,004.20 | $0.00 |